### James W. BAKER v. STATE.

### 4 Div. 736.

Supreme Court of Alabama, Special Term. Sept. 28, 1933.

■

Guy W. Winn, of Clayton, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

THOMAS, Justice.

Petition of James W. Baker for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Baker v. State, 25 Ala. App. 532, 149 So. 858.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.